UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 1:18-cv-02787-GLR |
| v. | * | |
| JOHN DOE subscriber assigned IP address 73.236.152.242, | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 73.236.152.242 ("Defendant") through his counsel, Robert Z. Cashman. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: January 22, 2019

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF
By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
*Counsel*
Law Offices of Jon A. Hoppe, Esquire, LLC
1025 Connecticut Avenue, NW, Ste. 1000,
Washington, DC. 20036
(202) 587-2994 x2601 (ph.)

APPROVED THIS 23rd DAY OF Jan. 19
GEORGE L. RUSSELL, III, U.S.D.J.